**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
_____
                                  :
JUAN C. RAMOS-RODRIGUEZ,          :
                                  :   Civil Action No. 10-2904 (NLH)
             Petitioner,          :
                                  :         O R D E R
        v.                        :         (CLOSED)
                                  :
WARDEN,                           :
                                  :
             Respondent.          :
_____:
```

For the reasons set forth in this Court's Opinion filed herewith;

IT IS on this  13th  day of  July , 2011,

ORDERED that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is hereby DENIED; and it is further

ORDERED that the Clerk of the Court shall close this case.

                                    /s/ Noel L. Hillman
                                    NOEL L. HILLMAN
                                    United States District Judge

At Camden, New Jersey